# United States Bankruptcy Court
## Middle District of Florida

In re  **CRC Restaurant Group LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CRC Restaurant Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 28, 2024**  
Date

**/s/ Jeffrey S. Ainsworth**  
**Jeffrey S. Ainsworth 060769**  
Signature of Attorney or Litigant  
Counsel for **CRC Restaurant Group LLC**  
**BransonLaw, PLLC**  
**1501 E. Concord Street**  
**Orlando, FL 32803**  
**407 894 6834 Fax:407 894 8559**  
**jeff@bransonlaw.com**